1-7
Page 1
FILED
04/19/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# PETITION UNDER 28 U.S.C. 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

[This form is for State prisoner to challenge one prison disciplinary proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or Federal conviction, you need a different form.]

| Name (under which you were convicted): William Bernard Crockett III #973576 | Case No. [For a new case in this court, leave blank. The court will assign a case number.] 1:23-cv-00679-TWP-KMB |
|---|---|
| Place of Confinement: Geo. Group Ind. Dept. Corr. NewCastle Correctional Facility | Earliest possible Release Date: 3-30-95 |

[Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. Neatly print in ink (or type) your answers.]

1. NAME OF FACILITY HOLDING THE HEARING: Wabash Valley Correctional Facility

   Date of hearing 2/21/2018 Case number: WVD-18-02-0115

   Offense: Sexual Contacts Against Staff

   Code # 230 Did you plead guilty? ☐ Yes. ☑ No.

2. Lost earned credit time? ☐ No. ☑ Yes, I lost 90 days earned credit time.

   Was the loss of earned credit time suspended? ☑ No. ☐ Yes, it was suspended until: ___/___/___

   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on ___/___/___

3. Demoted in credit class? ☐ No ☑ Yes, I was demoted from Class 2 to Class 3.

   Was the demotion suspended? ☑ No ☐ Yes, it was suspended until: ___/___/___

   If suspended, has it been imposed? ☐ No ☐ Yes, it was imposed on: ___/___/___

4. Appealed to the Superintendent? ☐ No ☑ Yes, the result was: Never received back

5. Appealed to the Final Reviewing Authority? ☐ No ☑ Yes, the result was: Never received back

6. Previously challenged this disciplinary hearing in federal court? ☑ No ☐ Yes, case number ______

7. Are you paying the $5.00 filing fee?

   ☑ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ☐ No, I have attached a separate Prisoner Motion to proceed In Forma Pauperis and a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now and I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum

**CAUTION: If you do not PRESENT EVERY GROUND INTHIS PETITION, YOU MAY BE BARRED FRFOM DOING SO LATER.]**

**GROUND ONE:** [Briefly describe your claim.] DENIED equal protection of THE LAW DENIED Equal Right To DUE PROCESS. INVALid False finding CONVICTION

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

I was denied the rights in accordance with The sanction guidelines IN the INDIANA DEPARTMENT OF CORRECTION THE DISCIPLINARY CODE FOR ADULT OFFENDERS Policy 02-04-101. I WAS DENIED the Following-lay representation And Denied the equal rights to lay representation, request witnesses, right TO A fair hearing before an impartial decision maker, denied physical camera evidence And denied to present at Trial, Denied a written finding of fact that was imposed. SEE OF THE FALSE FICTICIOUS CONDUCT Report. The author lied. the Hearing Officer was A Racist White Supermacist that told me he was white supermacist, and hated niggers, Also this CONVICTION is invalid for the fact that it had to be approved by THE WARDEN IN ORDER TO Be valid. PROCEDURAL DEFAULT CONSTITUTING SLAVERY, FALSE IMPRISONMENT Did you present Ground One to the Final Reviewing Authority? ☐ No ☐ Yes, because DISCRIMINATION, ITS THE TRUTH, And ITS ARBITRATIONAL. FALSE IMPRISONMENT

**GROUND TWO:** [Briefly describe your claim.] DISCRIMINATION, FALSE IMPRISONMENT SLAVERY, INVALID CONVICTION, deprived of life liberty and property without due process OF THE law AND EQUAL PROTECTION OF THE LAWS

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

THE Policy-02-04-101 DISCIPLINARY Code FOR ADULT OFFENDERS STATES NUMBER 4 REPORTS that the disciplinary conviction must be approved And SIGNED / Specifically IN THE WORD APPROVE SECTION box by THE WARDEN or the WARDENS DESIGNEE. THE law IS CLEAR AND DIRECT NOT IMPLIED OR SUGGESTED. THE Federal law is Clearly established by The Ultimate FACT, NOT Legal Jargon or CONJECTURE. NO SANCTIONS or CONVICTION imposed. OR CIRCLED AS RECOMMENDED. WORDS IF Guilty Finding - NO CONVICTION Took place.

Also I was Denied Camera Video evidence? Please inquire if necessary, Denied the Equal Right to Fundamental Right to the Impartial tribunal, (This [illegible] fraudulent report) And Denied me Equal Treatment because of my Race and color and Let me Know it The White Americans I talked to All said they Received Due process of the law and Equal protection of the laws because they are White And the staff that discriminated against me told me that continously Screaming white power up around my cell door.

Did you present Ground Two the Final Reviewing Authority? ☐ No ☐ Yes, because Its the facts of the Truth, And was Cruel And unusual Punishment, of discrimination

**GROUND THREE** [Briefly describe your claim.] Racism and fraudulent Reports of Conduct Violations Are written to enforce slavery and cruel and unusual punishment For People of black color, or brown color (African American [illegible] Americans)

Supporting Facts: [Do not argue or cite law. just state the specific facts that support your claim.]

1. The Report of Disciplinary Hearing Form is Attached As Exhibit "A" That shows The Black United States Citizen was Treated differently than White Americans. The Statutory Mandatory Jurisdiction Essential Requirement of Law was breached, and they failed in their duty owed equally to William Bernard Crumittie the Black U.S. citizen And their deliberate Indifference of extreme prejudice Caused me approximate Injuries. Denying me equal protection of the law And Due Process of the laws, this Arbitrary action subjected me falsely to the many forms of slavery depriving me daily, of liberty, Also and Caused me chronic and persistent Migraine Headaches 3 to 4 times a day Also 200 Days of Emotional Distress - Intentional And mental anguish and Put me on strip cell for 3 years No Recreation, no Telephone access for 3 plus years And no mail.

Did you present Ground Three to the Final Reviewing Authority? ☐ No ☒ Yes, because Discrimination and denial of equal protection of the laws and the procedural default prosecution of injustices - [illegible], approved box - No conviction

**DOCUMENTS** They enforced a law to enforce the many forms of slavery. Also see No Guilty Findings Sanctions Imposed Circled on the Report of Disciplinary Hearing

I have attached these documents from this disciplinary hearing: [Check all that apply.]

Also see no lay advocate name on notice of attached to report.

☐ Report of Conduct

☐ Screening Report

☒ Report of Disciplinary Hearing

☐ Letter from the Final Reviewing Authority

☐ Other relevant documents: 1 Report of Disciplinary Hearing Dated 1-26-2019 In which the approved box is marked



**NOTICE OF DISCIPLI[NAR]Y HEARING (SCREENING REPORT)**

State Form 39585 (R7 / 1-14)

**[INDI]ANA DEPARTMENT OF CORRECTION**

DOC #4

| Name of offender | Offender's DOC number | Facility | |
|---|---|---|---|
| Crocket, William B. , 3 | 973572 | WVD | |
| Alleged offense | Code number | Offense date *(month, day, year)* | |
| Sexual Contact against Staff without Consent | 204 | 2/20/2018 | |
| Reported by | Mental health code | Mental health staff notified | Housing unit |
| Denning | C | Yes | ~~P-309~~ Q610 |

You are being referred for a hearing on the above code violation. You may enter a plea of *guilty* or *not guilty* to this offense, as indicated below. A plea of guilty or a finding of guilt may result in the imposition of sanctions in accordance with the sanctioning guidelines in Policy 02-04-101, "The Disciplinary Code for Adult Offenders." If you choose to plead guilty, you are admitting the material allegations and thus waive the rights indicated below; you will be scheduled to appear, by yourself, for a disposition hearing. If you choose to plead not guilty, you will be scheduled to appear before the appropriate disciplinary hearing body. If you plead not guilty, the following rights shall apply to your hearing:

- The right to lay representation,in accordance with the administrative procedures for Policy 02-04-101.
- The right to request a witness(es) in your behalf, subject to approval.
- The right to a fair hearing before impartial decision makers.
- The right to a minimum of twenty-four (24) hours notice prior to appearing on a given charge.
- The right to present documentary evidence in your behalf.
- The right to be present at the hearing, except while deliberations are in progress.
- The right to speak in your own behalf at the hearing. If you choose to remain silent, your silence may not be held against you.
- The right to a written copy of findings of fact in your case.

Yes/WB

| My plea in the above cited case is: | Notification date *(month, day, year)* | Notified by | Time |
|---|---|---|---|
| ☐ Guilty ☒ Not Guilty | 2/27/18 | Benefiel | 1120 ☒ AM ☐ PM |
| I wish to have a lay advocate ☒ Yes ☐ No WB | Name and number of advocate | | |

☒ I do not wish to call any witnesses.

☐ I wish to call the following witness(es): *(Specify name(s) and number(s) or name(s) and title(s) for staff and the expected testimony)*

☒ I do not request any physical evidence.

☐ I wish to request the following physical evidence: *(Specify the evidence to be considered)*

Camera

**NOTE: Failure to request witness(es) or physical evidence may waive your right to have the witness' testimony or physical evidence presented / considered at your hearing.**

| Case number | Date assigned | Earliest date of hearing | Nature of hearing | Waive 24-hour notice of hearing |
|---|---|---|---|---|
| WVD 18-02-0115 | 2/21/2018 | 2/27/18 | ☒ Full ☐ Disposition | ☒ Yes ☐ No |

Your case is scheduled for hearing / disposition as noted. You will be notified to appear on or after that date, subject to postponement.

I have been notified of the above-cited case filed against me and have been advised of my rights under due process as enumerated above.

| Signature of witness | Signature of offender |
|---|---|
| [signature] | [signature] /RSA |

DISTRIBUTION: Original - Facility Packet; Copy - Central Office; Copy - Offender

copies sent 2/27/18



Page #5

SCANNED

# REPORT OF DISCIPLINARY HEARING

State Form 39586 (R8 / 11-17)
INDIANA DEPARTMENT OF CORRECTION

| | | | |
|---|---|---|---|
| | Case number: WVD 18-02-0115 | | Date assigned (month, day, year): 2/21/2018 |
| Name of offender: Crocket, William B. , 3 | DOC number: 973572 | Facility: WVD | Date of hearing (month, day, year): 3-1-18 |
| Offense: Sexual Contact against Staff without Consent | Code number: 204 | Date of alleged offense (month, day, year): 2/20/2018 | Plea: Not Guilty |

**Offender's comment:** I Didn't Do It

The evidence and / or witness statements that you requested at your screening or were otherwise requested by staff was / were considered. The following evidence was relied on to reach the decision in this hearing:

- [x] Staff Reports
- [ ] Statement of Offender
- [ ] Evidence from Witnesses
- [ ] Other (specifically ______)
- [ ] Physical Evidence (specifically ______)
- [ ] Video Evidence
- [ ] Incident Viewable
- [ ] Incident not viewable

**Decision:** [ ] Dismissed [x] Guilty [ ] Not Guilty — Continuance requested? [ ] Yes [x] No

**Reason for decision:** Based upon staff Reports

**If finding is guilty, the following sanction(s) is / are hereby Imposed / Recommended:**

NON-GRIEVOUS LOSS

- [x] Written reprimand specifically: Do not Touch Staff
- [ ] Change in work / housing assignment, specifically:
- [ ] Disciplinary restrictive housing (*less than sixty (60) days*) specifically:
- [ ] Extra work duty, specifically:
- [ ] Inter-Facility transfer recommendation, specifically:
- [x] Loss of privileges, specifically: 30 plov. ~~3-5-18 4-5-18~~ 6/20/18 - 7/20/18 SZ
- [ ] Restitution, (*$200.00 or less*) specifically:

GRIEVOUS LOSS

- [x] Disciplinary restrictive housing, specifically: 3 Months 2-22-18 - 5-20-18
- [ ] Restitution, (*over $200.00*) specifically:
- [x] Recommended earned credit time deprivation of 90 days.
- [x] Recommended credit class (CC) change: retain / demote / promote OAE
- [ ] Imposition of suspended sanction: Case number:

Sanction Imposed:

APPROVED

**Reason for sanctions imposed:** [x] Seriousness [x] Frequency / Nature [x] Offender's attitude and demeanor during hearing [x] Degree to which violation disrupted/endangered security of facility [x] Likelihood of sanction having a corrective effect on offender's future behavior

| Effective date (month, day, year) | Available Earned Credit Time (ECT) to deprive as of effective date | New Earliest Possible Release Date (EPRD) after action(s) (month, day, year) |
|---|---|---|
| 3-1-18 | | 2-4-2063 |

I have been made aware of this disposition / recommendation and of my rights to appeal.

| Signature of offender | Date signed (month, day, year) |
|---|---|
| Unable to Sign RSA | 3-1-18 |

| Name of member | Name of chairman | Name of member |
|---|---|---|
| | [signature] | |

DISTRIBUTION: White - Facility Packet; Canary - Central Office Packet; Pink - Offender

Copy Given At Hearing

NO Valid Notice of Conviction - Because No Conviction Took Place. No Valid Conviction, by Jurisdiction Law. THIS IS A STATE OF INDIANA (Fraudulent) INDICTMENT that is DEFECTIVE And Fatal because there was Never a Conviction, For the "NEVER CIRCLED" RECOMMENDATIONS FOR SANCTIONS And CONVICTION OF FALSITIES, I was denied the equal entitled rights of the Constitution And laws of the UNITED STATES.

This was retaliation for me exercising my First Amendment Rights. THE arbitrary actions by the Government And individuals named, caused THIS deprivation suffered by the INNOCENT, Black RACE, African American William BERNARD CROCKETT III Amounted to A TOTAL denial of A RECOGNIZED life, And liberty INTEREST. As THE Wabash Valley, GEO. Group. Prison STAFF And Associates, including The Indiana DEPT of Correction Failure to supervise, Lack of Training, Failure to make And enforce Policies And Safeguards Against slavery, False imprisonment, Cruel And Unusual Corporal Punishment, inhumane degrading TREATMENT.

Policy 02-04-101 - Adult Disciplinary CODE BOOK STATES Clearly the DUE PROCESS clause mandates that the Report of Disciplinary Hearing must have SANCTIONS Imposed (circled) And Approval signature to co-exist with Amendment 13 slavery prohibited.

BURDEN OF INDISPENSABLE, IRREFUTABLE PROOF.

DEFAMATION, CRUEL AND UNUSUAL CRUEL PUNISHMENTS, DELIBERATE FALSEHOODS, FRAUDS, AND FALSE INFORMATIONS OF OFFICERS ADMINISTRATING FALSE OATHS TO WRITTEN INSTRUMENTS, AFFIDAVITS, AND INTENTIONALLY CREATING FALSE IMPRESSIONS, LYING TO TRIBUNAL. CONSTITUTING PERJURY FOR PROSECUTION, FALSE IMPRISONMENT, DISCRIMINATION AND SLAVERY, ABRIDGEMENT, DISPARAGEMENT ARBITRATION,

This is a Illegal AND unconstitutional, (FALSE) CONVICTION AND SENTENCE. This CONVICTION WAS based upon A Charge NOT Made OR Imposed or Approved, ON THE APPARENT FACE of the REPORT OF DISCIPLINARY HEARING which was also A SHEER DENIAL OF DUE PROCESS.

The Arbitrary actions by the Government, Wabash Valley Correctional Officers, Doctor, Nurses, And All Contributory Neglectful party's lack of Jurisdiction And Constitutional violations of the 1, 4, 5, 6, 7, 8, 9, 13, and 14 Amendments.

PAGES 8

| POLICY AND ADMINISTRATIVE PROCEDURE<br>Indiana Department of Correction<br>**Manual of Policies and Procedures** | | | |
|---|---|---|---|
| Number<br>02-04-101 | Effective Date<br>3/1/2020 | Page<br>45 | Total Pages<br>56 |
| Title<br>***THE DISCIPLINARY CODE FOR ADULT OFFENDERS*** | | | |

permitting at least ½ hour of recreation activity outside the restrictive status housing cell five (5) days per week.

4. Reports:

Upon completion of a disciplinary hearing, a written summary of the proceedings shall be made which shall include the findings of fact, the evidence relied upon, and the reasons for the sanction imposed.

a. State Form 39586, REPORT OF DISCIPLINARY HEARING, shall be used for this purpose.

b. The Disciplinary Hearing Officer shall ensure that this form is completed correctly and with as much detail as possible and a copy provided to the offender. The Disciplinary Hearing Officer shall list on the form all evidence the Disciplinary Hearing Officer considered and the evidence the Disciplinary Hearing Officer relied upon in reaching the Disciplinary Hearing Officer's decision.

c. All REPORT OF DISCIPLINARY HEARING forms shall be forwarded to the Warden or designee in administration for review to ensure that the sanctions recommended are in accordance with this policy and administrative procedure. During this review, the sanctions may be reduced if appropriate but may not be increased.

d. Once the recommended sanction has been approved, the Warden or designee shall ensure that the approved sanctions are initialed and entered into the Offender Information System (OIS) and that the Disciplinary Hearing Officer is notified of the decision regarding the sanctions.

e. The Disciplinary Hearing Officer shall cause the REPORT OF DISCIPLINARY HEARING with the approved sanctions to be delivered to the offender and a copy placed in the offender's facility packet.

f. A copy of the hearing record and supporting documents shall be maintained in the Disciplinary Hearing Officer's records.

5. Correction of Errors:

a. Errors (e.g., misspellings, incorrect ID numbers, etc.) found on disciplinary reports (i.e., REPORT OF CONDUCT, REPORT OF DISCIPLINARY HEARING forms) may be corrected at any time prior to the rendering of judgment when detected by or brought to the attention of the Disciplinary Review Officer or Disciplinary Hearing Officer.

Exhibit G Page 45 of 56

EXHIBIT Page 9

storing of inmates' urine samples.[50] A challenge to the chain of custody must be represented at every single stage of the administrative appeal proceeding in order to properly preserve the issue for judicial review.[51]

Due process does not require prison officials to tape-record disciplinary proceedings that result in an inmate's loss of good time credit.[52] However, *Wolff v. McDonnell* does require that inmates be given a written statement of the evidence relied on and the reasons for the decision.[53] This requirement is not satisfied when the findings of the hearing officer are unsigned.[54] It is required that inmates be given a copy of the signed and approved disciplinary report which lists the findings of fact, the basis for the findings of fact, the decision of the hearing officer, and the punishment or sanction imposed.[55] Any evidence used to bolster a deficient disciplinary committee report must be contained in the disciplinary committee report itself. Thus, a reporting officer's statement attached to the State's motion to dismiss, and incorporated by reference into the disciplinary board's report, does not provide a sufficient written statement as required by *Wolff*.[56]

Page 10

RELIEF

I ask for the following relief: A 2 YEAR TIME CUT MODIFICATION FROM the Indiana Department of Corrections and A 1 year time cut for being wrongfully and falsely subjected to cruel and unusual punishment into the form of slavery for denying me equal access to education and time cut programs and $300 dollars for each day deprived. For R total of $90,000 - $270,000 or any other relief to which I may be entitled.

I ASK FOR RELIEF IS TOTAL OF A 3 YEAR TIME CUT AND $270,000 & EXPUNGE CONVICTION

DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 4 / 10 / 2023 at 1:00 am/pm.
[Do not fill in this date and time until you give this petition to the prison officials to send to the court]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any changes of address.

[signature] Signature

#973572 Prisoner Number

SOUTH BEND, INDIANA 46601 – 2194