UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM CROCKETT III, | ) |
| Petitioner, | ) |
| v. | ) No. 1:23-cv-00679-TWP-CSW |
| WARDEN, | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent. The petition for writ of habeas corpus relating to WVD 18-02-0115 is **denied** and this action is **dismissed.**

Date: 2/10/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WILLIAM CROCKETT III
973572
INDIANA STATE PRISON
INDIANA STATE PRISON
Inmate Mail/Parcels
One Park Row
MICHIGAN CITY, IN 46360

Katherine A. Cornelius
INDIANA ATTORNEY GENERAL
Katherine.Cornelius@atg.in.gov